UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERLY A. GEORGE,

      Plaintiff,

v.                                       Case No: 8:18-cv-1791-T -35CPT

LABORATORY CORPORATION OF
AMERICA,

      Defendant

_____/

## MEDIATION REPORT

A mediation conference was held in this matter on July 25, 2019, and the results of that conference are indicated below:

    (a)    The following individuals, parties, company representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

        XXX    Plaintiff and Plaintiff's trial counsel

        XXX    Designated representative for Defendant and Defendant's trial counsel

        N/A    Required claims professional

    (b)    The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: N/A

    (c)    The outcome of the mediation conference was:

        XXX    The case has been completely settled.  In accordance with the Local Rules, lead counsel will promptly notify the Court of the disposition of the matter.

        \_\_\_    The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have

been resolved within ten (10) days.  The following issues remain for this Court to resolve:

\_\_\_   The conference was continued with the consent of all parties and counsel.  The mediation conference will be scheduled not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

\_\_\_\_   The parties have reached an impasse.

Done this 25th day of July 2019, in Orlando, Florida.

                s/Kay L. Wolf_____
                Signature of Mediator
                Florida Bar No. 247065

                Kay L. Wolf\_\_\_\_
                Name of Mediator

                KAY L. WOLF Mediation Services, LLC
                801 Silver Drive
                Mailing Address

                Orlando, Florida 32804_____
                City, State and Zip Code

                407-758-6984_____
                Telephone Number